JOHN R. RUTLEDGE, JR. v. RICHARD S. GULIAN.

May 18, 1982.

Cross-petition for certification denied.

ROSEMARY BISH v. INSURANCE COMPANY OF
NORTH AMERICA.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WEIDENBUSH.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD MAZUR.

May 18, 1982.

Petition for certification denied.